**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01579-CV

### MISHA BENNETT-HICKMAN, Appellant

### V.

### JON FOLEY AND OLIN CLEMONS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06006-B**

## ORDER

The clerk's record in this case is overdue. By postcard dated January 10, 2014, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. In response, the County Clerk's office filed a letter informing the Court that the clerk's record had been prepared but had not been filed because appellant had not paid for the clerk's record. However, our records show an affidavit of indigency was filed in the County Clerk's office on November 7, 2013.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record; or (2) an order sustaining a contest to appellant's affidavit of indigency. *We notify appellant that if we receive verification she is not*

*indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See*

TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE